UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN BAUGHMAN, | § | |
| | § | |
| Plaintiff, | § | Case No. 4:11-cv-00617 |
| | § | |
| v. | § | Judge Nancy F. Atlas |
| | § | |
| NCO FINANCIAL SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, STEVEN BAUGHMAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: June 17, 2011           By:__/s/ Peter Cozmyk_____
                                  Peter Cozmyk, Esq.
                                  Ohio SBN: 0078862
                                  Attorney for Plaintiff
                                  Krohn & Moss, Ltd.
                                  8043 Corporate Circle, Suite 3
                                  North Royalton, Ohio 44133
                                  pcozmyk@consumerlawcenter.com
                                  Phone: (323) 988-2400 x 213
                                  Fax: (866) 799-3206

### CERTIFICATE OF SERVICE

1

NOTICE OF SETTLEMENT

I hereby certify that on June 17, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Jessica Hawkins, Attorney for Defendant, by the Court's CM/ECF system.

s/ Peter Cozmyk  
Peter Cozmyk  
Attorney for Plaintiff