# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN BAUGHMAN<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-11-0617 |
| | § | |
| NCO FINANCIAL SYSTEMS, INC.<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal [Doc. # 9], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 22nd day of **July, 2011.**

_____
Nancy F. Atlas
United States District Judge